# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:09CR346 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | O R D E R |
| | ) | |
| **MARVIN STOCKDALE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Matthew R. Kahler, as a Criminal Justice Act Training Panel Member, to assist in the defense of Marvin Stockdale.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Matthew R. Kahler is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Matthew R. Kahler shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Marvin Stockdale.

**IT IS SO ORDERED**

DATED this 21st day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge