### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR346** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARVIN STOCKDALE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED that the Defendant be released from the Bureau of Prisons to 120 days public law placement at CH, Inc. in Council Bluffs, Iowa.

DATED this 3rd day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge