IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARVIN STOCKDALE,<br><br>           Defendant. | **8:09CR346**<br><br>**ORDER** |

This matter is before the Court due to the United States Probation Office's notice that a 120-day public law placement plan is available and in place.

IT IS ORDERED:

1. The Defendant will be released from the custody of the U.S. Marshal on Monday, September 17, 2012, at 12:00 p.m. to defense counsel Matthew R. Kahler, to be transported by Mr. Kahler immediately to CH, Inc., in Council Bluffs, Iowa;

2. The Defendant will be released from custody on the conditions that he travel immediately to CH, Inc. for the 120-day public law placement, and that he remain at CH and follow all of the requirements of any required programs;

3. The Defendant must comply with all previously ordered conditions of supervised release; and

4. The Clerk is directed to send a copy of this Order to the U.S. Marshal for this District.

Dated this 14th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge